## Daniel W. FOSTER, Appellant,

v.

## STATE of Missouri, Respondent.

### No. ED 86607.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 21, 2006.

Daniel W. Foster, Charleston, MO, appellant pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa M. Kennedy, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY and BOOKER T. SHAW, JJ.

## ORDER

PER CURIAM.

Daniel W. Foster appeals from the denial of his motion to re-open his original Rule 29.15 motion for post-conviction relief. We have reviewed the parties' briefs and the record on appeal, and find no error. All pending motions before this court are denied. An opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b)(5).